Indictor v Indictor (2025 NY Slip Op 01615)

Indictor v Indictor

2025 NY Slip Op 01615

Decided on March 19, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 19, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ROBERT J. MILLER, J.P.
DEBORAH A. DOWLING
LILLIAN WAN
DONNA-MARIE E. GOLIA, JJ.

2022-03511
 (Index No. 50551/12)

[*1]Helen Indictor, respondent, 
v
Shimon L. Indictor, appellant.

Shimon Indictor, named herein as Shimon L. Indictor, Brooklyn, NY, appellant pro se.

DECISION & ORDER
In a consolidated action for a divorce and ancillary relief, the defendant appeals from stated portions of a decision and order (one paper) of the Supreme Court, Richmond County (Dennis Owens, Ct. Atty. Ref.), dated March 28, 2022.
ORDERED that the appeal is dismissed, without costs or disbursements.
The appeal from the decision and order must be dismissed. To the extent that the portions of the decision and order appealed from constitute a decision, no appeal lies from a decision (see Schicchi v J.A. Green Constr. Corp., 100 AD2d 509, 509-510). To the extent that a portion of the decision and order appealed from constitutes an order, that portion does not decide a motion made on notice (see CPLR 5701[a][2]), and we decline to grant leave to appeal (see id. § 5701[c]; Paese v Paese, 175 AD3d 506, 506).
MILLER, J.P., DOWLING, WAN and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court